**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM R. WILDER | ) | CASE NO.: 05-35455 |
| | ) | |
|               Debtor            | ) | |

**MEMORANDUM-OPINION-ORDER**

This matter is before the Court on the Motion to Disallow Claim of Centex Home Equity Company, LLC ("Centex") filed by Debtor William R. Wilder ("Debtor") and the Response to Debtor's Objection to Claim of Centex. Following a hearing on the matter, the Court ordered Centex to file a supplement to its Response to the Motion to Disallow the Claim. On February 22, 2006, Centex filed a Supplemental Response to Motion to Disallow Claim of Centex along with an Affidavit in Support of Attorney's Fee, both of which adequately supported Centex's claim.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Disallow Claim of Centex Home Equity Company, LLC of Debtor William R. Wilder, be and hereby is, **DENIED**.